# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. LAWRENCE J. LAWSON, JR.*

Case No. 3:16-cr-00121-TMB-DMS

By:         THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**:    **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Dismiss Count Five for Failure to State a Criminal Offense (Docket 162), in conjunction with the parties' Objections and Responses (Dockets 171 & 174), and the Magistrate's Final Report and Recommendation (Docket 198), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Dismiss Count Five for Failure to State a Criminal Offense (Docket 55), is DENIED.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 20, 2018