# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. LAWRENCE J. LAWSON, JR.*

Case No. 3:16-cr-00121-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Strike Multiplicitous Allegations or Compel the Government to Elect Among Them (Docket 161), in conjunction with the parties' Objections and Responses (Dockets 170 & 172), and the Magistrate's Final Report and Recommendation (Docket 189), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Strike Multiplicitous Allegations or Compel the Government to Elect Among Them (Docket 46), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 5, 2018