# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. LAWRENCE J. LAWSON, JR.*

Case No. 3:16-cr-00121-TMB-DMS

By:        THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

     Having reviewed *de novo* Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Preclude Government's Expert from Offering Opinion Testimony Regarding Conclusions of Law (Docket 197), in conjunction with the parties' Objections and Responses (Dockets 200 & 207), and the Magistrate's Final Report and Recommendation (Docket 300), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Preclude Government's Expert from Offering Opinion Testimony Regarding Conclusions of Law (Docket 100), is DENIED.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 10, 2018