IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. LAWRENCE J. LAWSON, JR.*

Case No. 3:16-cr-00121-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed *de novo* Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion for Reconsideration of Order on Defendant's Motion to Dismiss Count Five for Failure to State a Criminal Offense (Docket 235), in conjunction with the parties' Objections and Responses (Dockets 249, 250 & 259), and the Magistrate's Final Report and Recommendation (Docket 301), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion for Reconsideration of Order on Defendant's Motion to Dismiss Count Five for Failure to State a Criminal Offense (Docket 208) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 10, 2018