# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. LAWRENCE J. LAWSON, JR.*

Case No.  3:16-cr-00121-TMB-DMS

By:     THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**:     **ORDER FROM CHAMBERS**

Having reviewed *de novo* Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Strike Revised Expert Notice and Preclude Expert Testimony by IRS Revenue Agent Sandy Byrd (Docket 216), in conjunction with the parties' Objections (Dockets 229 & 230), and the Magistrate's Final Report and Recommendation (Docket 302), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently, Defendant's Motion to Strike Revised Expert Notice and Preclude Expert Testimony by IRS Revenue Agent Sandy Byrd (Docket 111) is DENIED, and Defendant's motion to order the government to supplement its March 16, 2018 expert notice with specific citations to the evidence Agent Byrd relied in forming her opinion is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  July 11, 2018